**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) CRIMINAL NO.:  24-CR-00199-KD-MU |
| | ) |
| THOMAS WILLIAMS PETERS, III, | |
| aka "Tommy" | ) |
|    Defendant. | ) |
| | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, (Doc. 39), and without any objection having been filed by the parties, the plea of guilty of the Defendant THOMAS WILLIAMS PETERS, III to **Counts One, Five, and Eight** of the Indictment, (Doc. 1), charging a violation of 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud); 18 U.S.C. § 1028A(a)(l) (Aggravated Identity Theft), and 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Prohibited Person (Felon)), respectively, is now accepted and the Defendant is adjudged **guilty** of such offense.

A sentencing hearing has been scheduled for **May 9, 2025,** at **10 a.m.** in **Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the **7th** day of **February 2025**.

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE
                                           UNITED STATES DISTRICT JUDGE**